IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BINDHU A. POOVANNUMVILA,<br><br>Plaintiff,<br><br>V.<br><br>DOUG COLLINS, in his official capacity as Secretary, U.S. Department of Veterans Affairs,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:25- cv-2398-N-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the Court should:

Grant in part and deny in part Defendant Doug Collins's Motion to Dismiss [Dkt. No. 39], dismiss Plaintiff Bindhu A. Poovannumvila's due process claims with prejudice, and dismiss her Whistleblower Protection Act claims and Title VII hostile work environment claims without prejudice;

Deny Poovannumvila's Motion for Leave to Supplement and Amend Complaint [Dkt. No. 33] as moot; and

Deny Poovannumvila's Motion for Leave to File Amended and Supplemental Complaint [Dkt. No. 38] and, because Poovannumvila has not pleaded her best case of retaliation or hostile work environment under Title VII, permit her to file an amended complaint that corrects the deficiencies of those claims only.

No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 49].

SO ORDERED this 9th day of September, 2026.

DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE